# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CORSO,<br>Plaintiff,<br><br>v.<br>TOYOTA MOTOR CREDIT CORPORATION; EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNIION CORP.; and Does 1-10,<br>Defendants. | Case No.: CV 18-1785-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [31]** |

IT IS HEREBY ORDERED that pursuant to the Parties' Stipulation, this action is dismissed in its entirety with prejudice. The parties shall bear their own costs and expenses. All scheduled dates and deadlines are VACATED.

DATED: August 14, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE